John J. Bowers
James P. Connor
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F Street, NE
Washington, DC 20549
202-551-8394 (Connor)
connorja@sec.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>  v.<br><br>ALLEN C. GILTMAN,<br><br>       Defendant. | Case No. 2:22-cv-51-WJM-LDW |

## CONSENT MOTION TO APPROVE JUDGMENT

Plaintiff Securities and Exchange Commission ("SEC"), with the consent of Defendant Allen C. Giltman ("Giltman"), hereby requests that the Court approve the bifurcated settlement negotiated by the parties by entering the attached proposed Judgment, which is attached to this Motion as Exhibit 1. Also attached as Exhibit 2 is the Consent of Defendant Giltman, in which Giltman consents, without admitting or denying the allegations in the Complaint (ECF No. 1), to the entry of the proposed Judgment.

The proposed Judgment, among other things:

(a) permanently restrains and enjoins Defendant Giltman from violations of Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C.§ 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5] and Section 17(a) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. § 77q(a)];

(b) permanently restrains and enjoins Defendant Giltman from directly or indirectly, including, but not limited to, through any entity controlled by him: (i) participating in the issuance, purchase, offer, or sale of any security, or (ii) engaging in activities for purposes of inducing or attempting to induce the purchase or sale of any security; provided, however, that such injunction shall not prevent Giltman from purchasing or selling securities for his own personal account.

(c) requires Defendant Giltman to disgorge his ill-gotten gain, plus prejudgment interest, and/or a civil penalty pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)] and Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3), in amounts to be determined subsequently by the Court.

The SEC will submit briefing and supporting evidence to the Court, and/or participate in an evidentiary hearing, in order to allow the Court to determine the appropriate amount of disgorgement, prejudgment interest and/or civil penalties that Defendant Giltman should be required to pay.  The SEC requests that it do so following Giltman's sentencing in *United States v. Giltman*, Crim No. 2:20-mj-l3462-LDW (the "Criminal Action"), in which Giltman pleaded guilty to criminal conduct substantially similar to that alleged in the Complaint in this action.

The proposed Judgment is fair, reasonable, and in the public interest, and Giltman has consented to its entry. Accordingly, the SEC respectfully requests that the Court enter the proposed Judgment attached as Exhibit 1.

Dated: January 7, 2022                    Respectfully submitted,

*s/ James P. Connor*
John J. Bowers
James P. Connor
U.S. SECURITIES AND EXCHANGE
COMMISSION
100 F Street, N.E.,
Washington, D.C. 20549
Tel: (202) 551-8394 (Connor)
Email: connorj@sec.gov (Connor)
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2022, I filed a copy of the foregoing using this Court's CM/ECF system and thereby caused a copy of the document to be served electronically, as well as on the following counsel by email:

Nina Marino<br>
Jennifer Lieser<br>
Kaplan Marino, P.C.<br>
1546 N. Fairfax Avenue<br>
Los Angeles, CA 90046<br>
Tel: 310-557-0007<br>
marino@kaplanmarino.com<br>
Lieser@kaplanmarino.com

*s/ James P. Connor*
*Counsel for Plaintiff*