

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

June 16, 2025

**VIA ECF**

Hon. Esther Salas, USDJ
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    *S.E.C. v. Giltman*, Civil No. 2:22-cv-00051-ES-JRA

Dear Judge Salas:

      Plaintiff Securities and Exchange Commission and Defendant Allen C. Giltman (collectively, the "Parties") write to provide a status update as ordered. *See* ECF No. 16. The Parties have reached an agreement in principle to resolve this matter in its entirety, subject to Commission review and approval. The Parties submit that it is in each of their interests to continue the stay in this matter while undersigned counsel for the Commission seeks approval for the proposed settlement; agree that no party or non-party would be prejudiced by continuing the stay, and that continuing the stay is in the Court's and the public's interest because a resolution would conserve judicial resources; and submit that continuing the stay interferes with no current Court-issued deadlines. Accordingly, the Parties respectfully request that this Court grant this joint request and continue the stay in this matter for sixty (60) days.

Hon. Esther Salas, USDJ
June 16, 2025
Page 2 of 2

Respectfully submitted,

| | |
|---|---|
| /s/John J. Bowers | /s/ Nicholas C. Harbist |
| John J. Bowers | Nicholas C. Harbist |
| U.S. Securities & Exchange Commission | Blank Rome LLP |
| 100 F. Street, NE | 300 Carnegie Center, Suite 220 |
| Washington, DC 20549-4473 | Princeton, NJ 08540 |
| Tel: (202) 551-4645 | Tel: (609) 750-299 |
| | |
| Counsel for Plaintiff Securities and Exchange Commission | Nina Marino (*pro hac vice*) |
| | Jennifer Lieser (*pro hac vice*) |
| | Kaplan Marino PC |
| | 1546 N. Fairfax Avenue |
| | Los Angeles, CA 90046 |
| | Tel: (310) 557-0007 |
| | |
| | Counsel for Defendant Allen Giltman |

IT IS SO ORDERED on this __17th__ day of June 2025.

_____
Hon. Esther Salas, USDJ